UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Deborah L Perriott<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   23-01224<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS

This cause coming to be heard on Motion of the Debtor for entry of an Order authorizing disbursement of funds; IT IS ORDERED:

The motion is GRANTED as follows:

1. Erie Insurance is authorized to disburse $15,862.15 in insurance funds to the lienholder, Bridgecrest Acceptance Corporation and $3,787.05 to the Debtor.

Enter:

*[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 17, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600